

**MINUTE ENTRY**
**ROBY, M.J.**
**FEBRUARY 16, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ARTHUR BOURGEOIS** | CIVIL ~~MISCELLANEOUS~~ ACTION |
| **VERSUS** | NO. 00-0399 |
| **CHARLES C. FOTI, JR.** | SECTION "J" (4) |

Plaintiff Arthur Bourgeois is a prisoner at the Orleans Parish Prison. He filed this *pro se* complaint pursuant to 42 U.S.C. § 1983, and has applied to proceed *in forma pauperis*. In order to determine whether the plaintiff may proceed as a pauper pursuant to 28 U.S.C. § 1915, the plaintiff must submit a certified copy of his trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. The plaintiff has submitted a letter to the court stating prison officials have not provided him with such a document.

Accordingly,

**IT IS ORDERED** that Sheriff Charles C. Foti, or his successor or designee, submit a certified copy of Arthur Bourgeois' trust fund account statement (or institutional equivalent) for the past six months within ten days of the date of this minute entry to the undersigned at 500 Camp Street, Pro Se Unit, Room C-151, New Orleans, LA 70130.

　　　　　　　　　　　　　　　　　　　　KAREN WELLS ROBY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**CLERK TO SERVE BY MAIL:**
**ATTN: INMATE BANKING**
**WARDEN**
**ORLEANS PARISH PRISON**
**3000 PERDIDO STREET**
**NEW ORLEANS, LA 70119**

DATE OF ENTRY
MAR 3 1 2000

Fee_____
Process__
X/Dktd___
CtRmDep__
Doc.No.__