

MINUTE ENTRY
ROBY, M.J.
SEPTEMBER 6, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| ARTHUR BOURGEOIS | CIVIL ACTION |
|---|---|
| VERSUS | NO: 00-0399 |
| CHARLES C. FOTI, JR. | SECTION: "J" (4) |

A **SPEARS HEARING BY PHONE** is hereby scheduled with the undersigned Magistrate Judge on **September 22, 2000 at 9:30 a.m.** The purpose of the hearing is to clarify the nature of the plaintiff's claims. The plaintiff will be sworn to provide testimony regarding the nature of his claim. The proceeding will be recorded.

The Clerk is directed to send a copy of this minute entry to the Warden of Allen Correctional Center in Kinder, Louisiana. **The Warden is directed to have the plaintiff, ARTHUR BOURGEOIS #240991, made available by telephone for the conference.**

DATE OF ENTRY
SEP - 7 2000

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
Allen Correctional Center, Warden
Rt. 1 Box 83, Hwy. 165
Kinder, LA 70648

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc.No. _____