

**MINUTE ENTRY**
**ROBY, M.J.**
**SEPTEMBER 22, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ARTHUR BOURGEOIS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 00-0399** |
| **CHARLES C. FOTI, JR.** | **SECTION: "J" (4)** |

A **Spears Hearing by telephone** was held on September 22, 2000 with the undersigned Magistrate Judge. Participating in the hearing were plaintiff, Arthur Bourgeois, pro se, and Linda Morin, Esq., counsel for Sheriff Foti. The purpose of the hearing was to clarify the nature of the plaintiff's claims. The plaintiff was sworn to provide testimony regarding the nature of his claims. The proceeding was recorded.

Plaintiff advised that he is willing to dismiss his request for injunctive relief and the claims in this complaint preserving his right to pursue the claim regarding inadequate clothing in his other civil rights complaint pending in *Jackson v. Foti*, C.A. 00-0792"T"(4). The defendant has no opposition to the dismissal of this complaint. The Magistrate Judge will prepare a Report and Recommendation to dismiss the claims in this case consistent with the discussions had at the *Spears* hearing.

DATE OF ENTRY
SEP 2 5 2000

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**