

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ARTHUR BOURGEOIS                                CIVIL ACTION

VERSUS                                          NO: 00-399

CHARLES C. FOTI, JR.                            SECTION: "J"(4)

## ORDER OF DISMISSAL

The Court having been advised by the Magistrate Judge that the parties to this action consent to dismissal of plaintiff's complaint, so long as plaintiff's right to pursue his claim for inadequate clothing in Civil Action 00-792(T)(4) is preserved;[1]

**IT IS ORDERED** that this action is hereby dismissed with prejudice but without costs.

New Orleans, Louisiana, this 25th day of September, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY:   SEP 27 2000

```
___Fee_____
___Process___
 X _Dktd_____
 X _CtRm Dep_
___Document No
```

---

[1] In a *Spears* hearing held by the Magistrate Judge on September 11, 2000, counsel for defendant specifically consented to preservation of this claim.